UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America                    §
                                            §
vs.                                         §        NO:   AU:23-CR-00218(2)-RP
                                            §
(2) Hector Vasquez-Reyes                    §

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 5, 2025, wherein the defendant Vasquez-Reyes waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Vasquez-Reyes to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Vasquez-Reyes' plea of guilty to Count 1S of the Superseding Information is accepted.

Signed this 4th day of April, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE